**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,   :   No. 553 MAL 2018

                       :

           Respondent         :

                       :     Petition for Allowance of Appeal from

                       :     the Order of the Superior Court

         v.                   :

                       :

                       :

STEPHEN NOEL JESSEE,         :

                       :

           Petitioner         :


## <u>ORDER</u>


**PER CURIAM**

     **AND NOW**, this 6th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.

     Justice Wecht did not participate in the consideration or decision of this matter.